# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160358-9(89)

SAUGATUCK DUNES COASTAL
ALLIANCE,
        Plaintiff-Appellant,

v

SAUGATUCK TOWNSHIP, SAUGATUCK
TOWNSHIP ZONING BOARD OF APPEALS,
and NORTH SHORES OF SAUGATUCK, LLC,
        Defendants-Appellees.
_____/

SC: 160358; 160359
COA: 342588; 346677
Allegan CC: 17-058936-AA;
     18-059598-AA

On order of the Chief Justice, the motion of the Michigan Municipal League to file a brief amicus curiae is GRANTED. The amicus brief submitted on September 23, 2020, is accepted for filing.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2020

Clerk